**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOANNE V. ROMONOSKY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 12-1153 |
| v. | ) | |
| | ) | Judge Nora Barry Fischer |
| CAROLYN W. COLVIN, Acting | ) | Chief Magistrate Judge Lisa Pupo |
| Commissioner of Social Security, | ) | Lenihan |
| | ) | |
| Defendant. | ) | |

## ORDER

The Complaint filed by Plaintiff, Joanne V. Romonosky, against the Defendant, Carolyn W. Colvin, Commissioner of Social Security ("Commissioner"), was received by this Court on August 15, 2012, and the matter was referred to Chief United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Report and Recommendation (Docket No. 14) filed on July 25, 2013, recommended that Plaintiff's Motion for Summary Judgment (Docket No. 10) be denied, that the Commissioner's Motion for Summary Judgment (Docket No. 12) be granted, and that the Commissioner's decision be affirmed. Service was made on all counsel of record. The parties were informed that, in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, they had fourteen (14) days to file written objections to the Report and Recommendation. Plaintiff filed Objections to the Report and Recommendation (Docket No. 15) on August 2, 2013. Defendant filed a Response to the Objections (Docket No. 16) on August 9, 2013.

After review of the pleadings and documents in this case, together with the Report and Recommendation, objections, and response to objections, the following order is entered:

**AND NOW**, this 12th day of August, 2013,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment (Docket No. 10) is **DENIED**, that the Defendant's Motion for Summary Judgment (Docket No. 12) is **GRANTED**, and that the decision of the Administrative Law Judge is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of Chief Magistrate Judge Lenihan (Docket No. 14) is adopted as the opinion of the Court.

_s/ Nora Barry Fischer_
Nora Barry Fischer
United States District Judge

cc/ecf: Honorable Lisa Pupo Lenihan
Chief United States Magistrate Judge

All counsel of record